**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                 **CASE NO.: 17-10911-BKC-LMI**
                                                                           **Chapter 11 proceeding**

**Advanced Neuro Spine Institute, LLC,**

     **Debtor.**

_____/

**Debtor's Ex Parte Motion for Joint Administration of the Four Affiliated Chapter 11 cases, Miami Neurological Institute, LLC, Case No.: 17-10703-BKC-LMI filed on January 20, 2017 and the Affiliated Chapter 11 cases of Advanced Neuro Spine Institute, LLC, Case No.: 17-10911-BKC-LMI, filed on January 25, 2017, Santiago Figuereo, M.D., P.A., Case No.: 17-11363-BKC-LMI filed on February 2, 2017, and Miami Neurological Institute at Aventura, Case No.: 17-11365-BKC-AJC, filed on February 2, 2017 and that Miami Neurological Institute, LLC, Case No.: 17-10703-BKC-LMI, be Designated as the Lead Case**

     The Debtor-in-Possession, **Advanced Neuro Spine Institute, LLC**, moves this Court pursuant to Bankruptcy Rule 1015 and Local Rules 1015-1(B)(2)(a), 5005-1 (G) (1) (a) and 9013-1(C)(14) to order the joint administration of the four affiliated Chapter 11 cases of Miami Neurological Institute, LLC, Case No.: 17-10703-BKC-LMI filed on January 20, 2017 and the Affiliated Chapter 11 cases of Advanced Neuro Spine Institute, LLC, Case No.: 17-10911-BKC-LMI, filed on January 25, 2017, Santiago Figuereo, M.D., P.A., Case No.: 17-11363-BKC-LMI filed on February 2, 2017, and Miami Neurological Institute at Aventura, Case No.: 17-11365-BKC-AJC, filed on February 2, 2017 and that Miami Neurological Institute, LLC, Case No.: 17-10703-BKC-LMI, and shows this Court the following:

     1.    This ex-parte motion for this Court to order the joint administration of the four Chapter 11 bankruptcy cases is brought pursuant to Bankruptcy Rule 1015 and Local Rules 1015-1, and Local Rules 1015-1(B)(2)(a), 5005-1 (G) (1) (a) and 9013-1 (C) (14) and a copy of the

1

proposed ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES [LF-58B] is being submitted to the Court simultaneously with the filing of this motion.

**Statement made in Compliance with LBR 1015-1 (B) (1)**

2. All of the Chapter 11 Debtors support this motion and pursuant to LBR 1015-1 (B) (1) show this Court that joint administration will not give rise to any conflict of interest among the estates of the cases to be jointly administered. Additionally, in the Miami Neurological Institute, LLC, case, the Debtor has filed a Motion for Intra-District Transfer of the case to Chief Judge Laurel M. Isicoff.

3. All four of these debtors are affiliates of one another in that Miami Neurological Institute, LLC, is the entity which operates and generates the cash flow, with which a Chapter 11 Plan of Reorganization shall be funded. Advanced Neuro Spine Institute, LLC, is a party to a services agreement, under which Miami Neurological Institute, LLC, performs services and receives income, while the remaining two (2) entities are tenants under leases for premises where Miami Neurological Institute, LLC, operates different locations of its business.

4. Specifically, Miami Neurological Institute, LLC, operates locations in Fort Lauderdale, Suite 540 in Aventura, Suite 570 in Aventura, Hialeah, and Kendall. The location at 21097 NE 27th Court, Suite 540, Aventura, FL is leased by Miami Neurological Institute at Aventura, LLC; and the location at 21097 NE 27th Court, Suite 570, Aventura, FL is leased by Santiago Figuereo, M.D., P.A. These locations are all operated by Miami Neurological Institute, LLC.

5. Pursuant to Local Rule 1015-1 (A) and (B) (1), the movant further shows this Court the four (4) cases are related cases as shown above in paragraphs "3" an "4" and because the fates of all four (4) of the Chapter 11 debtors are inter-related with and to the other due the interrelatedness of the entities.

6. All four (4) of the affiliated Chapter 11 Debtors are intertwined and in some way, contribute to the generation of cash for the underlying debts of Miami Neurological Institute, LLC. All four (4) of the Debtors believe that the joint administration of the four (4) cases will cause a substantial savings in attorney's fees and costs and time and duplication and overlapping to the four (4) debtors and to the creditors and will be in the interest of judicial economy for the Bankruptcy Court so that hearings and other matters in all three of the cases can be heard at one time before the Court instead of four (4) times.

7. It is requested that Miami Neurological Institute, LLC, be designated as the Lead Case and that its Case No.: 17-10703-BKC-LMI be designated as the lead case number.

WHEREFORE, the movant prays for this Court to enter an order granting the relief sought in this motion without the necessity of a hearing and for such other and further relief as this Court deems just, equitable and proper.

Dated on February 3, 2017.

**LAW OFFICES OF BRETT A. ELAM, P.A.**
105 South Narcissus Avenue, Suite 802
West Palm Beach, Florida 33401-5530
Office Telephone    : 561.833.1113
E-Mail: belam@brettelamlaw.com
Florida Bar No. 576808
Attorney for Chapter 11 Debtors in Possession

By/s/ Brett A. Elam
      Brett A. Elam

3

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on February 3, 2017, that a true copy of the foregoing was served either via postage pre-paid First Class U.S. Mail or via email or via the Bankruptcy Court's NEF electronic noticing system to the twenty largest unsecured creditors in all four cases and to the following:

Brett A Elam, Esq. on behalf of Debtor Miami Neurological Institute, LLC
belam@brettelamlaw.com,
info@brettelamlaw.com;deanna@brettelamlaw.com;lynn@farberelamlaw.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com

Zachary P Hyman on behalf of Creditor City National Bank of Florida
zhyman@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com;efile@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul Steven Singerman, Esq on behalf of Creditor City National Bank of Florida
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

David Neal Stern on behalf of Creditor Nutruvia Holdings LLC
dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net